IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| EDEN FOODS, INC.,                      ) | |
|                                        ) | |
|         Plaintiff,                     ) | |
|                                        ) | |
| v.                                     ) | 1:25-cv-594 |
|                                        ) | |
| EDENFOODSCANADA.COM, et al.,           ) | |
|                                        ) | |
|         Defendants.                    ) | |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 10, 2025, in response to a Motion for Default Judgment.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that DEFAULT JUDGMENT is entered for Eden Foods and against Defendants.

It is FURTHER ORDERED that VeriSign, Inc. and Public Interest Registry are directed to change the registrar of record for the Defendant Domain Names to Eden Foods' registrar of

choice, GoDaddy.com, LLC, and GoDaddy.com, LLC is to change the registrant of the Defendant Domain Names to Eden Foods.

It is FURTHER ORDERED that John Doe and any person or entity actively working with John Doe are PERMANENTLY ENJOINED, from the continued, unauthorized use of Eden Foods' trademarks.

It is FURTHER ORDERED that Eden Foods is awarded statutory damages of $1,500,000 against John Doe, and Eden Foods is awarded pre- and post-judgment interest on the statutory damages award.

This case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 30, 2025

2